01

02

03

04                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
05                                    AT SEATTLE

06  CURT F. HANSFORD,                    )    CASE NO. C05-1846-MAT
                                         )
07          Petitioner,                  )
                                         )
08          v.                           )    ORDER DENYING PETITIONER'S
                                         )    MOTION FOR APPOINTMENT OF
09  JOSEPH LEHMAN,                       )    COUNSEL
                                         )
10          Respondent.                  )
    _____  )

11

12          Petitioner is a state prisoner who has filed *pro se* a petition for habeas corpus pursuant to

13  28 U.S.C. § 2254.  Respondent has filed her answer to the petition.  (Doc. #10).  In his response

14  to respondent's answer, petitioner includes a motion to amend his petition to name a proper

15  respondent and also seeks appointment of counsel.  (Doc. #13).  In support of his motion for

16  counsel, petitioner has submitted an affidavit from a woman named Tarea Lujan, who states that

17  petitioner suffers from a medical condition – "Attention Deficit Hyperactivity Disorder" – that

18  interferes with his ability to represent himself.  (Doc. #14).  The court, having considered

19  petitioner's motion, the affidavit, and the balance of the record, does hereby find and ORDER:

20          (1)     Petitioner's motion to amend his petition to name a proper respondent is

21  GRANTED.  Petitioner's petition is hereby amended to name Alice Payne as respondent instead

22  of Joseph Lehman.


ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01       (2)      Petitioner's motion for appointment of counsel (Doc. #13) is DENIED.  There is

02 no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary

03 hearing is required.  *See McCleskey v. Zant,* 499 U.S. 467, 495 (1991); Rule 8(c) of the Rules

04 Governing Section 2254 Proceedings for the United States District Courts, 28 U.S.C. foll. § 2254.

05       Although the court may exercise its discretion to appoint counsel for a financially eligible

06 individual where the "interests of justice so require" under 18 U.S.C. § 3006A, petitioner fails to

07 demonstrate that the interests of justice would be best served by appointment of counsel in this

08 matter.  The court notes that Ms. Lujan, who attests in her affidavit to petitioner's medical

09 condition, does not claim to be a doctor, nurse, or health professional of any kind.  Therefore, her

10 affidavit is of questionable probative value regarding petitioner's mental ability.  In addition, even

11 if the affidavit were given weight, the court notes that petitioner has been able to file a response

12 to respondent's answer, and the matter is ready for consideration by the court.

13       (3)      The Clerk shall direct copies of this Order to petitioner, to counsel for respondent,

14 and to the Honorable James L. Robart.

15       DATED this  29th  day of  March , 2006.

16

                          Mary Alice Theiler

17                           United States Magistrate Judge

18

19

20

21

22

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2