```
           ___FILED      ___ENTERED
           ___LODGED     ___RECEIVED

              AUG 1 4 2006

             AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
       BY                        DEPUTY
```

05-CV-01846-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURT F. HANSFORD, | CASE NO.: C05-1846-JLR |
| Petitioner, | |
| v. | ORDER ADOPTING FIRST REPORT AND RECOMMENDATION; ALSO ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION |
| ALICE PAYNE, | |
| Respondent. | |

The Court, having reviewed petitioner's objections (Doc. #20) to the Report and Recommendation issued by the Honorable Mary Alice Theiler, United States Magistrate Judge, respondent's response to the objections (Doc. #21), the Supplemental Report and Recommendation issued by Judge Theiler, any objections thereto, and the balance of the record, does hereby ORDER:

(1)  The Court adopts the first Report and Recommendation (Doc. #16) and the Supplemental Report and Recommendation (Doc. #23).

(2)  Petitioner's petition for a writ of habeas corpus (Doc. #3) is DENIED with prejudice.

ORDER ADOPTING FIRST REPORT AND RECOMMENDATION; ALSO
ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION
PAGE -1

01   (3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for
02         respondent, and to Judge Theiler.
03   DATED this 14th day of _____ August _____, 2006.

_____
JAMES L. ROBART
United States District Judge

ORDER ADOPTING FIRST REPORT AND RECOMMENDATION; ALSO
ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION
PAGE -2